IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARY RODEMEIER,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-359-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Nancy A. Berryhill, Acting Commissioner of Social Security against plaintiff Mary Rodemeier granting defendant's motion to dismiss and closing this case.


| s/ K. Frederickson, Deputy Clerk | 3/31/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |